UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASSET PROTECTION GROUP, LLC,
a/a/o Frank Anello,

    Plaintiff,

v.                                    Case No. 3:18-cv-495-J-32JRK

GEOVERA SPECIALTY INSURANCE
COMPANY,

    Defendant.

## O R D E R

After Plaintiff failed to respond to the assigned United States Magistrate Judge's Order to Show Cause, issued on June 19, 2018 (Doc. 14), the Magistrate Judge issued a Report and Recommendation (Doc. 15) on August 6, 2018, recommending that this case be dismissed without prejudice for failure to prosecute. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 15), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 15) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

3. The Clerk of Court shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 23rd day of August, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record

Plaintiff Asset Protection Group, LLC
454 S. Yonge Street, Suite D
Ormond Beach, FL 32174

and via email to:

Asset Protection Group, LLC c/o Daniel Sechriest
gulfatlanticstormpros@hotmail.com

Asset Protection Group, LLC c/o Scott Hoff
scottusrr@gmail.com